```
 1  TRACY L. WILKISON
    United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    PATRICK CASTAÑEDA (Cal. Bar No. 319431)
 4  Assistant United States Attorney
    International Narcotics, Money Laundering,
 5  & Racketeering Section
         1400 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-0637
         Facsimile: (213) 894-0142
 8       E-mail:    patrick.castaneda@usdoj.gov

 9
    Attorneys for Applicant
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT | No. 2:21-MJ-05453 |
|---|---|
|  | [PROPOSED] ORDER SEALING DOCUMENTS |
|  | **(UNDER SEAL)** |

   For good cause shown, IT IS HEREBY ORDERED that the search warrant and all attachments thereto, the application for the search warrant and all attachments thereto, as well as the ex parte application for order sealing documents, the memorandum of points and authorities, the declaration of Patrick Castañeda, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as a unsealing order is issued, shall be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel. The executing agents or officers are permitted to provide a copy of

the search warrant as required by Federal Rule of Criminal Procedure 41(f).

_____     _____
DATE                            HONORABLE PATRICIA DONAHUE
                                UNITED STATES MAGISTRATE JUDGE

IN CASE OF DENIAL:

The government's application for an order sealing documents is DENIED.  The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

IT IS SO ORDERED.

_____     _____
DATE                            HONORABLE PATRICIA DONAHUE
                                UNITED STATES MAGISTRATE JUDGE

Presented by:

   /s/
_____
PATRICK CASTAÑEDA
Assistant United States Attorney

2