TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
Assistant United States Attorney
International Narcotics, Money Laundering,
& Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0637
    Facsimile: (213) 894-0142
    E-mail:    patrick.castaneda@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
December 1, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___em___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT | No. 2:21-MJ-05453 |
|---|---|
| | ORDER SEALING DOCUMENTS |
| | **(UNDER SEAL)** |

    For good cause shown, IT IS HEREBY ORDERED that the search warrant and all attachments thereto, the application for the search warrant and all attachments thereto, as well as the <u>ex parte</u> application for order sealing documents, the memorandum of points and authorities, the declaration of Patrick Castañeda, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as a unsealing order is issued, shall be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel. The executing agents or officers are permitted to provide a copy of

the search warrant as required by Federal Rule of Criminal Procedure 41(f).

| December 01, 2021 | *Patricia Donahue* |
|---|---|
| DATE | HONORABLE PATRICIA DONAHUE<br>UNITED STATES MAGISTRATE JUDGE |

Presented by:

   /s/
PATRICK CASTAÑEDA
Assistant United States Attorney